UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Underpinning & Foundation Skanska, Inc.

-v-

**Defendant** Travelers Casualty & Surety Company of America

Case No. 07 CV 7348

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Skanska A.B. (a publicly held Swedish entity)

Date: August 15, 2007

Signature of Attorney

Attorney Bar Code: AW 3217

Form Rule7_1.pdf