Index # 07 cv 7348
Purchased/Filed: August 17, 2007

## AFFIDAVIT OF SERVICE ON N.Y.S. SUPERINTENDENT OF INSURANCE

STATE OF NEW YORK     U. S. DISTRICT COURT     SOUTHERN DIST. COUNTY

Underpinning & Foundation Skanska Inc.     Plaintiff

vs

Travelers Casualty & Surety Company of America     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY

_Christopher Warner_ being duly sworn, deposes and says that deponent is over the age of 18 years. That on the _23rd_ day of _August, 2007_ at 1 Commerce Plaza, 20th Floor, in the City of Albany, State of New York, deponent served the _Summons and Complaint_ in the above action upon _Travelers Casualty & Surety Company of America_ the defendant named therein, by delivering to and leaving with _Patrick Harrigan_, authorized to accept on behalf of the Insurance Department of the State of New York. Deponent further says that at the time of making such service deponent paid to the Insurance Department the sum of $ _40_, that being the lawful fee for such service.

Deponent further says, that deponent knew the person so served to be an Attorney for Superintendent of Insurance and a person authorized by law to accept service on behalf of the defendant.

Description of person served:

Approx. Age: _45yrs_    Weight: _170 Lbs_    Height: _5'10_    Sex: _Male_    Color of skin: _White_
Hair color: _Red_    Other: _____

Sworn to before me on this

_27th_ day of _August, 2007_

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, ~~2007~~

Christopher Warner

Invoice•Work Order # 0717684

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**