UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNDERPINNING & FOUNDATION SKANKSA, INC.,

               Plaintiffs,

-against-

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

               Defendants.
------------------------------------------------------------X

Docket No. 07 CV 7348

**STIPULATION**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the above captioned parties that defendant Travelers Casualty & Surety Company of America's time to respond to the complaint is hereby extended to and including October 12, 2007.

Dated: Westchester, New York
       September 11, 2007

PECKER & ABRAMSON, P.C.

By: _____
   Alan Winkler, Esq. (AW 3217)
   Attorneys for Plaintiff
   546 Fifth Avenue
   New York, New York 10036
   (212) 382-0909

McDONOUGH MARCUS COHN
TRETTER, HELLER & KANCA, LLP

By: _____
   Frank T. Cara, Esq. (FTC 9677)
   Attorneys for Defendants
   145 Huguenot Street
   New Rochelle, New York 10801
   (914) 632-4700

**SO ORDERED:**

_____
U.S.D.J.