UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNDERPINNING & FOUNDATION SKANKSA,           Docket No. 07 CV 7348
                                             (WHP)(JCF)
INC.,

                       Plaintiff,           **RULE 7.1 STATEMENT**

      -against-

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

                       Defendant.
----------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant Travelers Casualty & Surety Company of America certifies that the following are corporate parents, subsidiaries, or affiliates of those parties:

> Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: Westchester, New York
       October 9, 2007

                                            McDonough Marcus Cohn Tretter
                                            Heller & Kanea, L.L.P.

                                            By: _____
                                               Frank T. Cara (FTC-9677)
                                               Attorneys for Defendant
                                             145 Huguenot Street
                                             New Rochelle, New York 10801
                                             (914) 632-4700

TO:    Alan Winkler, Esq. (AW 3217)
Peckar & Abramson, P.C.
Attorneys for Plaintiff
546 Fifth Avenue
New York, New York 10036
(212) 382-0909

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )

COUNTY OF WESTCHESTER        )ss.:

Wilma Santiago, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Milford, Connecticut 06460.  That on the 9th day of October 2007, deponent served the within **RULE 7.1 STATEMENT,** by First Class Mail, upon:

> Alan Winkler, Esq.
> Peckar & Abramson, P.C.
> Attorneys for Respondent
> 546 Fifth Avenue
> New York, New York 10036

by depositing a true copy of same enclosed in a postpaid properly addresses wrapper in an official depository box under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Wilma Santiago

Sworn to before me this
9th day of October 2007

_____
Notary Public

JEFFREY S. PESKE
Notary Public, State of New York
No. 02PE6104075
Qualified in Westchester County
Commission Expires Jan. 12, 20 08