UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNDERPINNING & FOUNDATION SKANKSA,
INC.,

      Docket No.  07 CV 7348
      (WHP)(JCF)

          Plaintiff,          **JURY DEMAND**

    -against-

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

          Defendant.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendant hereby demands a jury trial in the above entitled action.

Dated: Westchester, New York
       October 10, 2007

          McDonough Marcus Cohn Tretter
          Heller & Kanca, L.L.P.

          By: _____
          Frank T. Cara (FTC-9677)
          Attorneys for Defendant
          145 Huguenot Street
          New Rochelle, New York 10801
          (914) 632-4700

TO:   Alan Winkler, Esq. (AW 3217)
       Peckar & Abramson, P.C.
       Attorneys for Plaintiff
       546 Fifth Avenue
       New York, New York 10036
       (212) 382-0909

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK            )

COUNTY OF WESTCHESTER        )ss.:

Wilma Santiago, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Milford, Connecticut 06460. That on the 10th day of October 2007, deponent served the within **JURY DEMAND,** by First Class Mail, upon:

Alan Winkler, Esq.
Peckar & Abramson, P.C.
Attorneys for Respondent
546 Fifth Avenue
New York, New York 10036

by depositing a true copy of same enclosed in a postpaid properly addresses wrapper in an official depository box under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Wilma Santiago

Sworn to before me this
10th day of October 2007

_____
Notary Public

JEFFREY S. PESKE
Notary Public, State of New York
No. 02PE6104075
Qualified in Westchester County
Commission Expires Jan. 12, 20 05