```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNDERPINNING & FOUNDATION
SKANSKA, INC.                                    :

                 Plaintiff,      :

      -against-                              :

TRAVELERS CAUSUALTY & SURETY       :
COMPANY OF AMERICA,
                                       :
                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 7348 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared before this Court for an initial pre-trial conference on December 7, 2007, the following schedule is established on consent:

1. The parties shall make initial disclosures by December 21, 2008;

2. The parties shall complete factual discovery by May 30, 2008;

3. The parties shall identify experts and make initial expert disclosures by May 30, 2008;

4. The parties shall exchange expert reports by June 30, 2008;

5. The parties shall complete expert discovery by August 22, 2008;

6. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 26, 2008; and

7.  A final pre-trial conference shall be held on October 17, 2008 at 10:30 a.m.

Dated: December 7, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Alan H. Winkler, Esq.
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
(201) 343-3434
*Counsel for Plaintiff*

Frank T. Cara, Esq.
McDonough, Marcus, Cohn, Tretter, Heller & Kanca, LLP
145 Huguenot Street
New Rochelle, NY 10801
*Counsel for Defendant*