UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNDERPINNING & FOUNDATION SKANSKA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, <br><br> Defendant. | Docket No. 07 CV 7348 (WHP) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

Please take notice and revise your records accordingly that on December 3, 2007, the undersigned counsel for Underpinning & Foundation Skanska, Inc. moved their law offices to 41 Madison Avenue, 20th Floor, New York, New York 10010. Our phone number of (212) 382-0909 and fax number of (212) 382-3456 remain the same. You are requested to serve all future pleadings, notices and orders upon Underpinning & Foundation Skanska, Inc. at this address.

Dated: New York, New York
       December 17, 2007

                                    PECKAR & ABRAMSON, P.C.
                                    Attorneys for Plaintiff
                                    Underpinning & Foundation Skanska, Inc.

                                    By: _____
                                        ALAN WINKLER (AW3217)
                                    41 Madison Avenue, 20th Floor
                                    New York, New York 10010
                                    (212) 382-0909

LAW OFFICES
Peckar & Abramson
A Professional Corporation

**TO:** Frank T. Cara, Esq.
McDonough Marcus Cohn Tretter Heller & Kanca, LLP
145 Huguenot Street
New Rochelle, New York 10801
Attorneys for Defendant
Travelers Casualty & Surety Company of America

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

251278.01/12/14/07                              2