UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNDERPINNING & FOUNDATION SKANSKA, INC.,

                Plaintiff,

vs.

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

                Defendant.

Docket No. 07 CV 7348 (WHP)

**AFFIDAVIT OF SERVICE**

---

**STATE OF NEW YORK**     )
                                  ) ss.:
**COUNTY OF NEW YORK**   )

       Catherine Sutphen, being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years, and reside in Essex County, New Jersey.

       On December 17, 2007, I served a true copy of the within Notice of Change of Address to the following:

TO:     Frank T. Cara, Esq.
          McDonough Marcus Cohn Tretter Heller & Kanca, LLP
          145 Huguenot Street
          New Rochelle, New York 10801
          Attorneys for Defendant
          Travelers Casualty & Surety Company of America

                                                      _____
                                                             Catherine Sutphen

Sworn to before me this 17th day
of December, 2007

_____
Notary Public

ALAN WINKLER
NOTARY PUBLIC, State of New York
No. 31-4822743
Qualified in New York County
Commission Expires March 30, 2010

LAW OFFICES
**Peckar & Abramson**
A Professional Corporation

251278.01/12/17/07                                     3