

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York
San Francisco
Los Angeles
Orange County
Miami
Fort Lauderdale
Orlando
Washington, D.C.
Chicago
London

www.pecklaw.com

VIA FEDEX

RECEIVED
APR 23 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

April 22, 2008

Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Underpinning & Foundation Skanska, Inc. v. Travelers Casualty &
      Surety Co. of America
      Docket No. 07 CV 7348 (WHP)
      Our File No. 1490/173520

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/28/08

Dear Judge Pauley:

This office represents the plaintiff in the above-referenced action. I am writing to Your Honor concerning the scheduling of the mediation, which was ordered by the Court. The Case Administrator, Maria Sclafani, has assigned a mediator for this action and has scheduled the mediation to take place on May 1, 2008. I respectfully request that the mediation be postponed until a date after June 1, 2008 for two reasons.

First, my client has been engaged in direct settlement discussions with Urban Foundation/Engineering, LLC, the party with whom the underlying contract was signed and the principal on the surety bond that is the subject of this action. A further settlement meeting between them will take place sometime in May. These discussions have been proceeding on a 'business to business' level, i.e., without attorneys. My client believes that continuing those discussions on that basis is the best way to attempt to resolve this dispute at this time. My client would like to reserve a mediation with the participation of the attorneys for the parties as an alternative route to settlement if those direct discussions do not result in a resolution.

The second reason for my request is that I believe that a mediation would be more productive after discovery is farther along than it is at present. We are still at the stage of exchanging documents. Once the parties have all of the pertinent documents, the attorneys would be in a position to make informed analyses of the



a member of the
International Construction Law Alliance

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

Honorable William H. Pauley III
Page 2
April 22, 2008

claims and defenses, which, I believe, would lead to a more reasoned discussion at a mediation.

Respectfully,

ALAN WINKLER
AW:cs
cc: Maria Sclafani (via facsimile)
   Frank T. Cara, Esq. (via e-mail)
   Stanley Merjan, P.E. (via e-mail)
263199.01/04/22/08