UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08
```

UNDERPINNING & FOUNDATION SKANSKA, INC.,

      Plaintiff,

-against-

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

      Defendant.

07 Civ. 7348 (WHP)

**SCHEDULING ORDER**

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having requested an extension of the schedule established in this Court's December 7, 2007 Scheduling Order, the following schedule is established on consent:

1. The date for the parties to complete factual discovery is extended to August 29, 2008;

2. The date for the parties to identify experts and make initial expert disclosures is extended to August 29, 2008;

3. The date for the parties to exchange expert reports is extended to September 30, 2008;

4. The date for the parties to complete expert discovery is extended to October 22, 2008;

5. The date for the parties to submit a joint pre-trial order in accord with this Court's Individual Practices is extended to November 26, 2008; and

6. A final pre-trial conference shall be held on December 5, 2008 at 10:00 a.m.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

5/23/08

Dated: May ____, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Alan Winkler, Esq.
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
(201) 343-3434
*Counsel for Plaintiff*

Frank T. Cara, Esq.
McDonough, Marcus, Cohn, Tretter, Heller & Kanca, LLP
145 Huguenot Street
New Rochelle, NY 10801
(914) 632-4700
*Counsel for Defendant*

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

265302.01/05/21/08       2