USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNDERPINNING & FOUNDATION SKANSKA, INC.,

             Plaintiff,

-against-

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

             Defendant.

07 Civ. 7348 (WHP)

**SCHEDULING ORDER**

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having requested an extension of the schedule established in this Court's May 23, 2008 Scheduling Order, the following schedule is established on consent:

1. The date for the parties to complete factual discovery is extended to December 15, 2008;

2. The date for the parties to identify experts and make initial expert disclosures is extended to December 15, 2008;

3. The date for the parties to exchange expert reports is extended to January 15, 2009;

4. The date for the parties to complete expert discovery is extended to February 5, 2009;

5. The date for the parties to submit a joint pre-trial order in accord with this Court's Individual Practices is extended to March 12, 2009; and

6. A final pre-trial conference shall be held on March 20, 2009 at 11:00 a.m.

No further extensions will be granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/19/08

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

Dated: August ___, 2008
      New York, New York

                        SO ORDERED:

                        _____
                        WILLIAM H. PAULEY III
                             U.S.D.J.

*Counsel of Record:*

Alan Winkler, Esq.
Peckar & Abramson, P.C.
70 Grand Avenue
River Edge, NJ 07661
(201) 343-3434
*Counsel for Plaintiff*


Frank T. Cara, Esq.
The McDonough Law Firm L.L.P.
145 Huguenot Street
New Rochelle, NY 10801
(914) 632-4700
*Counsel for Defendant*

LAW OFFICES

**Peckar & Abramson**

A Professional Corporation

265302.02/08/13/08                          2