

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/09

May 19, 2009

70 Grand Avenue
River Edge, NJ 07661
tel. 201.343.3434
fax 201.343.6306

New York

San Francisco

Los Angeles

Orange County

Miami

Fort Lauderdale

Orlando

Washington, D.C.

London

www.pecklaw.com

Honorable William H. Pauley III
United States District Judge
Untied States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Underpinning & Foundation Skanska, Inc. v. Travelers Casualty &
        Surety Co. of America
        Docket No. 07 CV 7348 (WHP)
        Our File No. 1490/173520**

Dear Judge Pauley:

This office represents the plaintiff in the above-referenced action, which had been referred to mediation through the Court's program. As we have made Your Honor aware through our requests for adjournments of the Pre-Trial Conference, the parties have retained a private mediator and we are scheduled for a mediation session on June 4, 2009. However, the administrator of the Court's mediation program has this action listed in the Court's mediation program and, thus, is seeking to schedule a mediation session with the Court appointed mediator. It would be an unnecessary duplication of effort to have two mediation sessions with different mediators. Accordingly, I am writing to request that Your Honor remove this action from the Court's mediation program.

Respectfully,

ALAN WINKLER
AW:cs
cc: Maria Sclafani (via facsimile)
    Frank T. Cara, Esq. (via e-mail)
292299.01/05/19/09

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/27/09

a member of the
ICLA International Construction Law Alliance